UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER SYDENHAM,

    Plaintiff,

v.                                          Case No: 8:15-cv-2452-T-30AEP

R.T.G. FURNITURE CORP.,

    Defendant.
_____

## **ORDER**

THIS CAUSE comes before the Court upon the Joint Motion for Approval of Settlement (Dkt. #19).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.     The Joint Motion for Approval of Settlement (Dkt. #19) is GRANTED.

2.     The settlement agreement is approved.

3.     This case is dismissed with prejudice.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of March, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record